**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JAMES FISHER,

    Petitioner,

v.                                              Case No. 3:23-cv-28-TJC-MCR

PAUL,

    Respondent.

## O R D E R

This case is before the Court on pro se Petitioner James Fisher's Petition for Custody (Doc. 1), Motion for Warrant (Doc. 3), and Motion to Proceed In Forma Pauperis (Doc. 4). In Fisher's Motion for Warrant, Fisher asks the Court to "issue a warrant for the arrest of Paul"—an otherwise unidentified "older white male" in his 50s—for sexual battery, kidnapping, and attempted murder. (Doc. 3). As the Court has previously informed Fisher, the decision to investigate and prosecute criminal activity lies with the executive branches of government through its law enforcement agencies and prosecutors, not the Court. See, e.g., (Doc. 8 at 1, Fisher v. Jacksonville Sheriff's Office, 3:18-cv-00284-TJC-PDB (M.D. Fla.)). Fisher's Motion for Warrant, (Doc 3), is therefore **denied**.

The Court has also reviewed Fisher's Petition for Custody, (Doc. 1), as part of its review of his motion for leave to proceed in forma pauperis. See 28 U.S.C. § 1915(e)(2)(B)(ii). Other than a vague reference to a "1973 Mental Health Act of Congress," Fisher fails to identify a basis for the Court's jurisdiction, a cause of action, or a justification for the relief he seeks. See (Doc. 1). And to the extent that Fisher seeks a preliminary injunction or temporary restraining order, his filings do not meet the required standards for relief. See, e.g., Federal Rule of Civil Procedure 65; Local Rules 6.01 and 6.02; see also Schiavo ex rel. Schindler v. Schiavo, 403 F.3d 1223, 1225–26 (11th Cir. 2005) (setting out four-part test to secure a temporary restraining order or preliminary injunction). Fisher is therefore directed to file an amended petition which clarifies the Court's jurisdiction, any causes of action, and the basis for his requested relief. Fisher shall do so no later than **January 31, 2023**.

**Fisher is advised that if he fails to file an amended petition by the January 31, 2023 deadline, this case will be dismissed without prejudice without further notice for failure to prosecute.**

**DONE AND ORDERED** in Jacksonville, Florida the 10th day of January, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

rmv
Copies to:
Counsel of record
Pro se Petitioner